IN THE UNITED STATES BANAKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ) Case No. 03-25461
)
Deaconess Hospital, LLC, ) Chief Judge Pat E. Morgenstern-Clarren
)
Debtor. ) Chapter 7 Case

TO THE CLERK OF THE COURT:

The concurrent ACH payment (evidenced by check no. 1057) in the amount of $10,297.09 represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties entitled to these unclaimed funds are as follows:

| CREDITOR NAME & ADDRESS | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Bryant, Florita<br>3640 W. 46th Street<br>Cleveland, OH 44102 | 163 | $1,015.99 | $694.43 |
| Choung, Soung W.<br>8793 Pointe Drive<br>Broadview Hts., OH 44147 | 9A | $4,650.00 | $3,178.27 |
| Ketchem, Mary<br>7840 Hi-View Drive<br>North Royalton, OH 44133 | 156 | $1,642.18 | $1,122.42 |
| Frankle, Dorothy G.<br>2620 Queensbury Road<br>Alliance, OH 44601 | 238 | $2,161.25 | $1,477.21 |
| Nash, Betty<br>18905 Harvard Avenue<br>Cleveland, OH 44122 | 514A | $2,757.69 | $1,884.87 |
| Frisch, Deborah<br>4710 Wellington Avenue<br>Parma, OH 44134 | 298 | $278.00 | $190.01 |

| | | | |
|---|---|---|---|
| Guder, Rebecca<br>4363 W. 52nd St.<br>Cleveland, OH 44144 | 326 | $1,169.17 | $799.47 |
| Conway, Darrellena<br>1919 Broadview Ct.<br>Cleveland, OH 44109 | 349 | $1,390.50 | $950.41 |
| TOTAL: | | | $10,297.09 |

Dated: May 1, 2015

/s/ David O. Simon
David O. Simon, Trustee
1370 Ontario Street, suite 450
Cleveland, OH 44113-1744
(216) 621-6201
david@simonlpa.com